## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **David Allen Ohl** | : **No. 15-17979 ref** |
| | **And** | : |
| | **Michelle Ohl** | : |
| | **Debtors** | : **Chapter 7** |
| | | : |
| | | : |

**HEARING TO BE HELD:**
**Date:  Tuesday, November 1, 2016**
**Time:  9:30 a.m.**
**Place:  United States Bankruptcy Court**
**Courtroom #1, 3rd Floor**
**The Madison Building**
**400 Washington Street**
**Reading, PA 19601**

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

**Everett Cook, Esquire, counsel for Debtors/Movants, has filed a MOTION TO REOPEN their Chapter 7 Bankruptcy Case.**

**YOUR RIGHTS MAY BE AFFECTED.    YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).**

1.  If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the Motion, then on or before **October 28, 2016** you or your attorney must do ALL of the following:

(a)  file an answer explaining your position at:

> United States Bankruptcy Court
> Courtroom #1, 3rd Floor
> The Madison Building
> 400 Washington Street
> Reading, PA  19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

(b)  mail a copy to the Movants' attorney:

Everett Cook, Esquire
2309 MacArthur Road
Whitehall, PA  18052
610-351-3566

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.  A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge, on **Tuesday, November 1, 2016 at 9:30 AM** in Courtroom #1, 3rd Floor, The Madison Building, 400 Washington Street, Reading, Pennsylvania 19601.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  October 12, 2016