UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | David Allen Ohl<br>And<br>Michelle Ohl<br>Debtors | : No. 15-17979 ref<br>:<br>:<br>: Chapter 7<br>:<br>: |
|---|---|---|

### CERTIFICATE OF NO RESPONSE

I, Everett Cook, Esquire, counsel for the Debtors, hereby certify that on October 13, 2016 a Motion to Reopen Chapter 7 Bankruptcy Case was served on the creditors and interested parties listed on the attached Label Matrix and the following:

Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

David & Michelle Ohl
1010 Plum Drive
Danielsville PA 18038

David Alan Eisenberg, Esq., P.C.
3140B Tilghman St., PMB #321
Allentown, PA 18104

Attention: President/Manager
Pa. State Employees Credit Union
1 Credit Union Place
Harrisburg PA 17110

The above-named have failed to file on or before October 28, 2016 (15 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: October 31, 2016

Signed:/s/ Everett Cook
By: Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2747 Macarthur Road
Whitehall, PA, 18052
610.351.3566
610.351.3556 FAX

Label Matrix for local noticing
0313-4
Case 15-17979-ref
Eastern District of Pennsylvania
Reading
Thu Oct 13 14:48:17 EDT 2016

PSECU
PO Box 67013
Harrisburg, PA 17106-7013

Reading
400 Washington Street
Suite 300
Reading, PA 19601-3951

Angela Lack
P O Box 124
Bath, PA 18014-0124

Aqua Pennsylvania Inc.
762 W. Lancaster Ave.
Bryn Mawr, PA 19010-3489

Erie Insurance Company
100 Erie Ins. Pl.
Erie, PA 16530-0001

Hawley Area Authority
P O Box 145
Hawley, PA 18428-0145

Honesdale National Ban
733 Main St. P O Box 350
Honesdale, PA 18431-0350

Kohl's Payment Center
P O Box 2983
Milwaukee, WI 53201-2983

PPL
827 Hausman Road
Allentown, PA 18104-9392

Pa Sta Empcu
1 Credit Union Place
Harrisburg, PA 17110-2912

Ppl Gold Credit Union
4703 Hamilton Blvd.
Allentown, PA 18103-6066

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

DAVID ALAN EISENBERG
David A. Eisenberg, Esquire
3140B Tilghman Street
PMB #321
Allentown, PA 18104

David Allen Ohl
1010 Plum Drive
Danielsville, PA 18038-9714

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2747 MacArthur Road
Whitehall, PA 18052-3632

Michelle Ohl
1010 Plum Drive
Danielsville, PA 18038-9714

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) THE HONESDALE NATIONAL BANK

End of Label Matrix
Mailable recipients    16
Bypassed recipients    1
Total    17