United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David Allen Ohl  
Michelle Ohl  
    Debtors

Case No. 15-17979-ref  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Cathleen      Page 1 of 1      Date Rcvd: Nov 09, 2016  
                        Form ID: 167       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2016.  
db/jdb      +David Allen Ohl,   Michelle Ohl,   1010 Plum Drive,   Danielsville, PA 18038-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        E-mail/Text: bankruptcynotices@psecu.com Nov 10 2016 02:04:30     PSECU,   PO Box 67013,  
       Harrisburg, PA  17106-7013  
13627898    +E-mail/Text: bankruptcynotices@psecu.com Nov 10 2016 02:04:30     Pa Sta Empcu,  
     1 Credit Union Place,   Harrisburg, PA 17110-2912  
                                                                                                                                                                    TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2016 at the address(es) listed below:  
         DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com  
         JOHN EVERETT COOK   on behalf of Joint Debtor Michelle  Ohl bankruptcy@everettcooklaw.com,  
      G29494@notify.cincompass.com  
         JOHN EVERETT COOK   on behalf of Debtor David Allen Ohl bankruptcy@everettcooklaw.com,  
      G29494@notify.cincompass.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   THE HONESDALE NATIONAL BANK  
     bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Allen Ohl and Michelle Ohl

    Debtor(s)

Case No: 15–17979–ref

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

**HEARING SCHEDULED**

Debtor's Motion to Reopen Chapter 7 Case

on: 12/8/16

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date: 11/9/16

For The Court

Timothy B. McGrath
Clerk of Court

27 – 24
Form 167