UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | David Allen Ohl | : | No. 15-17979 ref |
| | And | : | |
| | Michelle Ohl | : | |
| | Debtors | : | Chapter 7 |
| | | : | |
| | | : | |

ORDER

AND NOW, upon consideration of the within Motion, and no objection having been made thereto,

IT IS HEREBY ORDERED AND DECREED that the Chapter 7 Bankruptcy Case No. 15-17979 is hereby reopened.

12/8/16

BY THE COURT:

_R. _____
J.