```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
```

In re:                                                          Case No. 15-17979-ref
David Allen Ohl                                                 Chapter 7
Michelle Ohl
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen             Page 1 of 1              Date Rcvd: Dec 08, 2016
                              Form ID: pdf900            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2016.
db/jdb         +David Allen Ohl,    Michelle Ohl,    1010 Plum Drive,    Danielsville, PA 18038-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcynotices@psecu.com Dec 09 2016 02:28:55      PSECU,    PO Box 67013,
                 Harrisburg, PA   17106-7013
13627898       +E-mail/Text: bankruptcynotices@psecu.com Dec 09 2016 02:28:56      Pa Sta Empcu,
                 1 Credit Union Place,    Harrisburg, PA 17110-2912
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2016 at the address(es) listed below:
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Michelle  Ohl bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Debtor David Allen Ohl bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE HONESDALE NATIONAL BANK
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | David Allen Ohl And Michelle Ohl Debtors | : : : : : : | No. 15-17979 ref  Chapter 7 |
|---|---|---|---|

### ORDER

AND NOW, upon consideration of the within Motion, and no objection having been made thereto,

IT IS HEREBY ORDERED AND DECREED that the Chapter 7 Bankruptcy Case No. 15-17979 is hereby reopened.

12/8/16

BY THE COURT:

_____
J.