United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Allen Ohl
Michelle Ohl
    Debtors

Case No. 15-17979-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Cathleen     Page 1 of 1     Date Rcvd: Dec 20, 2016
                          Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2016.
db/jdb       +David Allen Ohl,   Michelle Ohl,   1010 Plum Drive,   Danielsville, PA 18038-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: bankruptcynotices@psecu.com Dec 21 2016 02:19:06     PSECU,   PO Box 67013,
           Harrisburg, PA   17106-7013
                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2016 at the address(es) listed below:
            DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
            JOHN EVERETT COOK    on behalf of Joint Debtor Michelle  Ohl bankruptcy@everettcooklaw.com,
             G29494@notify.cincompass.com
            JOHN EVERETT COOK    on behalf of Debtor David Allen Ohl bankruptcy@everettcooklaw.com,
             G29494@notify.cincompass.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE HONESDALE NATIONAL BANK
             bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5

```
                   UNITED STATES BANKRUPTCY COURT
                   EASTERN DISTRICT OF PENNSYLVANIA


In re: DAVID ALLEN OHL           :    Chapter 7
       MICHELLE OHL
                                 :    Bky. No. 15-17979

                 Debtors         :
```

**ORDER**

AND NOW, it appearing that the above referenced case was reopened, and, it further appearing that administration of this case has been completed, it is,

**ORDERED,** that the above referenced case is hereby **RE-CLOSED.**

**Date: December 20, 2016**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE